# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| T.L. | ) | COURT MINUTES - CIVIL | |
|     Plaintiff, | ) | BEFORE: Magistrate Judge Noel | |
| | ) | **Chambers 9W** - Minneapolis | |
| v. | ) | Case No: | Civil 13-2739 SRN/FLN |
| | ) | Date: | November 26, 2013 |
| Minnesota State High | ) | Court Reporter: | n/a |
| School League et al, | ) | Time Commenced: | 9:30 a.m. |
|     Defendants. | ) | Time Concluded: | 4:45 p.m. |
| | ) | Time in Court: | 4 Hours & 15 minutes |
| | ) | | |

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

    Plaintiff:    Margaret Kane

    Defendant:   Patrick Kelly for Minnesota State High School League and David Stead
                    Carla Jo White fore Shakopee Public Schools, John Bezak and John Janke

    PROCEEDINGS:

☒ Settlement reached.

s/ *Theresa Anderson*
Judicial Assistant
