# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| T.L., a minor child, by and through his Parents and Natural Guardians, B.A.P. and M.R.L., | Civil File No. 13-cv-2739 (SRN/FLN) |
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Minnesota State High School League, David Stead, individually and in his official capacity, Shakopee Public Schools, John Bezek, individually and in his official capacity, and John Janke, individually and in his official capacity, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties in the above-entitled action, through their undersigned counsel, hereby stipulate and agree to the dismissal of this action with prejudice and without costs and disbursements to any party.

KANE EDUCATION LAW, LLC

Date: <u>January 21</u>, 2014        By: *s/Margaret O'Sullivan Kane*
                                        Margaret O'Sullivan Kane (#220243)
                                        1032 Grand Avenue, Suite 202
                                        St. Paul, MN 55105
                                        (651) 222-8611

                                        Attorney for Plaintiffs

KELLY & LEMMONS, P.A.

Date: January 21, 2014          By: *s/Patrick J. Kelly*
                                Patrick J. Kelly (#54823)
                                Kevin M. Beck (#389072)
                                Joseph A. Kelly (#389356)
                                223 Little Canada Road, #200
                                Little Canada, MN 55117
                                (651) 224-3781

                                Attorneys for Defendants
                                Minnesota State High School League
                                and David Stead


KNUTSON, FLYNN & DEANS, P.A.

Date: January 23, 2014          By: *s/Carla J. White*
                                Carla J. White (#259275)
                                Michelle D. Kenney (#236615)
                                1155 Centre Pointe Drive, Suite 10
                                Mendota Heights, MN 55120
                                (651) 222-2811

                                Attorneys for Defendants
                                Shakopee Public Schools, John Bezek
                                and John Janke